# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 26-mj-02619-TORRES

IN RE SEALED COMPLAINT.

_____/

## UNITED STATES OF AMERICA'S MOTION TO
## UNSEAL COMPLAINT

On April 3, 2026, the Honorable Edwin G. Torres, United States Magistrate Judge for the

Southern District of Florida, signed a criminal complaint charging Richard Roger D'Loss with

violations of 18 U.S.C. § 875(c); 18 U.S.C. § 115; and 18 U.S.C. § 912. The complaint was sealed

pursuant to a motion by the government, and an arrest warrant was issued. D'Loss was arrested

in Lexington, Kentucky on April 9, 2026, and his initial appearance is currently set for the morning

of April 13, 2026 in the Eastern District of Kentucky.

The government moves to unseal the criminal complaint in this matter, so that the initial

appearance and other proceedings may move forward in the Eastern District of Kentucky.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____

Brian Dobbins
Assistant United States Attorney
Court ID No. A5501182
99 N.E. 4th Street, 5th Floor
Miami, FL 33132
Tel: (305) 961-9304
Email: Brian.Dobbins@usdoj.gov